**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| VICTORIA FABIOLA CANAHUI-CORDON | Case No.: 3:26-CV-00304 |
| Petitioner, | |
| v. | **JUDGE S MAURICE HICKS, JR** |
| BRIAN ACUNA ET AL | **MAGISTRATE JUDGE DAVID J AYO** |
| Respondents. | |

**ORDER**

Considering the Petitioner's Motion to Voluntarily Dismiss Habeas Petition (Rec. Doc. 8),

**IT IS ORDERED** that the petition for habeas corpus is hereby **DISMISSED** in the above described action.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 23rd day of February, 2026.

_____
US DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 20, 2026, I presented the foregoing to the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following: Brian ACUNA, et al. I hereby certify that I have mailed by United States Postal Service this filing to the following non-CM/ECF participants: Warden.

/s/ Logan Duplessis
Logan Duplessis
Attorney for Petitioner